UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AMBER LYNN BUTCHER,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Civil No. C12-5021-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including June 6, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including June 20, 2012, to file a reply brief.

DATED this <u>4th</u> day of May, 2012.

Mary Alice Theiler
United States Magistrate Judge

Page 1       ORDER - [C12-5021-MAT]

1

2  Presented by:

3  s/ Lisa Goldoftas
   LISA GOLDOFTAS
4  Special Assistant U.S. Attorney
   Office of the General Counsel
5  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
6  Seattle, WA 98104-7075
   Telephone: (206) 615-3858
7  Fax: (206) 615-2531
   lisa.goldoftas@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23