UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AMBER LYNN BUTCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C12-5021-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including June 6, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including June 20, 2012, to file a reply brief.

DATED this 4th day of May, 2012.

                                          Mary Alice Theiler
                                        United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov